988

No. 666. Costello v. United States. C. A. 2d Cir. Certiorari granted. *Edward Bennett Williams, Morris Shilensky* and *Osmond K. Fraenkel* for petitioner. *Solicitor General Rankin* and *Assistant Attorney General Rice* for the United States. *Peyton Ford* and *Alan Y. Cole* filed a brief for Davis, as *amicus curiae,* urging that the petition be granted.

No. 635. American Airlines, Inc., v. North American Airlines, Inc., et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Howard C. Westwood* for petitioner. *Hardy K. Maclay* and *Walter D. Hansen* for North American Airlines, Inc., respondent.

No. 611. Ahtanum Irrigation District et al. v. United States. C. A. 9th Cir. Certiorari denied. *Don Eastvold,* Attorney General, and *E. P. Donnelly,* Assistant Attorney General, for the State of Washington, and *Cutler W. Halverson* for the Ahtanum Irrigation District, petitioners. *Solicitor General Rankin* for the United States.

No. 616. Mount Vernon Mortgage Corp. et al. v. United States, as Parens Patriae, by its Attorney General, and J. Howard McGrath, Attorney General of the United States, in Behalf of the National Home Library Foundation. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Dean Acheson* and *Donald Hiss* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Morton Hollander* for respondent.